United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Lavonia Jenkins  
    Debtor

Case No. 21-12494-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Oct 29, 2021      Form ID: 152      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lavonia Jenkins, 7923 Bayard St., Philadelphia, PA 19150-1305 |
| 14635487 | + | Consumer Portfolio Svc, 19500 Jamboree Rd, Irvine, CA 92612-2437 |
| 14635488 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14638060 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14635494 | + | PGW, 800 W. Montgomery Ave, Philadelphia, PA 19122-2806 |
| 14635493 | + | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 14638280 | + | Pennsylvania Housing Finance Agency, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14635496 | + | Sierra Auto, 5005 Lbj Fwy, Dallas, TX 75244-6145 |
| 14642861 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14643103 | + | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 790234, St. Louis MO 63179-0234 |
| 14635497 | + | United Auto, 3990 Westerley Place, Newport Beach, CA 92660-2310 |
| 14636981 | + | United Auto Credit Corporation, PO Box 163049, Fort Worth, TX 76161-3049 |
| 14637133 | + | United Auto Credit Corporation, PO Box 845736, Los Angeles CA 90084-5736 |
| 14635499 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 29 2021 23:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 29 2021 23:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 29 2021 23:36:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14646366 | | Email/Text: bankruptcy@consumerportfolio.com | Oct 29 2021 23:35:00 | Consumer Portfolio Services, P.O. Box 57071, Irvine, CA 92619-7071 |
| 14635489 | + | Email/Text: Harris@ebn.phinsolutions.com | Oct 29 2021 23:36:00 | Harris & Harris Ltd, 111 West Jackson Boulevard, Chicago, IL 60604-4135 |
| 14635490 | + | Email/Text: cnorton@hillcrestdavidson.com | Oct 29 2021 23:35:00 | Hillcrest Davidson & A, 715 N Glenville Dr Ste 4, Richardson, TX 75081-2879 |
| 14639841 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 29 2021 23:46:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14639572 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 29 2021 23:46:57 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14635492 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 29 2021 23:35:00 | PECO, PO BOX 37629, Philadelphia, PA 19101-0629 |
| 14642060 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 29 2021 23:35:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |

Case 21-12494-elf   Doc 24   Filed 10/31/21   Entered 11/01/21 00:38:07   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 29, 2021 | Form ID: 152 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| 14635491 | + | Email/Text: blegal@phfa.org | Oct 29 2021 23:35:00 | Pa Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14643157 | + | Email/Text: joey@rmscollect.com | Oct 29 2021 23:36:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14635495 | + | Email/Text: joey@rmscollect.com | Oct 29 2021 23:36:00 | Rec Mgm Sys, 1807 Huguenot Road, Midlothian, VA 23113-5604 |
| 14635498 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 29 2021 23:35:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14635500 | + | Email/Text: megan.harper@phila.gov | Oct 29 2021 23:36:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 31, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GEORGETTE MILLER | on behalf of Debtor Lavonia Jenkins Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Lavonia Jenkins
    Debtor(s)

Case No: 21−12494−elf
Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 11/30/21 at 10:00 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

23
Form 152