SOUTHEASTERN PA TRANSP AUTH   EDWARD L JENKINS
AA21
14604

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | . | 32.00 | $755.55 | $17,755.46 |
| OVERTIME EARN | . | 8.00 | $283.32 | $5,524.75 |
| SURVEY/PREMIUM | . | . | $0.00 | $11.80 |
| VACCINE AWARD | . | . | $0.00 | $100.00 |
| NIGHT SHIFT | . | 3.00 | $0.45 | $8.51 |
| VAC PAY | . | 8.00 | $188.89 | $2,644.43 |
| HOLIDAYPAY | . | . | $0.00 | $755.54 |
| PERSN'LDAY | . | . | $0.00 | $755.56 |
| SICK TIME | . | . | $0.00 | $3,912.68 |
| OPT-OUT MED | . | . | $0.00 | $4,000.00 |
| UNIFORMALLOW | . | . | $0.00 | $405.00 |
| MEAL ALLOW | . | . | $8.50 | $157.25 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $100.49 | $2,791.99 |
| FICA/MED | $90.73 | $2,638.88 |
| SUI TAX | $0.74 | $21.28 |
| PENNA | $37.71 | $1,088.90 |
| PHILA | $47.55 | $1,221.61 |
| AFLAC-PRETAX | $42.33 | $973.59 |
| ROTH 457B POST | $25.00 | $575.00 |
| PENSIONSHORTGE | $0.00 | $300.00 |
| DUES SHORTAGE | $0.00 | $62.96 |
| UNION DUES | $10.89 | $348.48 |
| CO-PAY PENSION | $50.00 | $1,600.00 |
| LIFE INSUR. | $0.00 | $7.00 |
| PRIMARY CHECK | $831.27 | $18,241.23 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,236.71 | - | $277.22 | - | $128.22 | = | $831.27 | | 129738761 | $831.27 |
| Y TO D | $1,236.71 | - | $7,762.66 | - | $3,867.03 | = | $24,401.29 | 07-31-2021 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PNC BANK

CHECK

XXXXXXXXXXXXXXXXX

$831.27

TO THE
ORDER
OF

AA 21 14      606
EDWARD L JENKINS
7923 BAYARD STREET
PHILADELPHIA PA    19150

L

14604
08-06-2021

SOUTHEASTERN PA TRANSP AUTH   EDWARD L JENKINS
AA21
14604

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | . | 40.00 | $944.44 | $18,699.90 |
| OVERTIME EARN | . | 8.00 | $283.33 | $5,808.08 |
| SURVEY/PREMIUM | . | . | $0.00 | $11.80 |
| VACCINE AWARD | . | . | $0.00 | $100.00 |
| NIGHT SHIFT | . | . | $0.00 | $8.51 |
| VAC PAY | . | . | $0.00 | $2,644.43 |
| HOLIDAYPAY | . | . | $0.00 | $755.54 |
| PERSN'LDAY | . | . | $0.00 | $755.56 |
| SICK TIME | . | . | $0.00 | $3,912.68 |
| OPT-OUT MED | . | . | $0.00 | $4,000.00 |
| UNIFORMALLOW | . | . | $0.00 | $405.00 |
| MEAL ALLOW | . | . | $0.00 | $157.25 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $97.44 | $2,889.43 |
| FICA/MED | $90.69 | $2,729.57 |
| SUI TAX | $0.74 | $22.02 |
| PENNA | $37.69 | $1,126.59 |
| PHILA | $47.53 | $1,269.14 |
| AFLAC-PRETAX | $42.33 | $1,015.92 |
| ROTH 457B POST | $25.00 | $600.00 |
| PENSIONSHORTGE | $25.00 | $325.00 |
| DUES SHORTAGE | $10.89 | $73.85 |
| UNION DUES | $10.89 | $359.37 |
| CO-PAY PENSION | $50.00 | $1,650.00 |
| LIFE INSUR. | $1.00 | $8.00 |
| PRIMARY CHECK | $788.57 | $19,029.80 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,227.77 | - | $274.09 | - | $165.11 | = | $788.57 | | 129753339 | $788.57 |
| Y TO D | $1,227.77 | - | $8,036.75 | - | $4,032.14 | = | $25,189.86 | 08-14-2021 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PNC BANK

XXXXXXXXXXXXXXXXX

CHECK

$788.57

TO THE
ORDER
OF

AA 21 14        606
EDWARD L JENKINS
7923 BAYARD STREET
PHILADELPHIA PA    19150

L

14604
08-20-2021

SOUTHEASTERN PA TRANSP AUTH   EDWARD L JENKINS
AA21
14604

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | . | 40.00 | $944.44 | $19,644.34 |
| OVERTIME EARN | . | 12.00 | $424.98 | $6,233.06 |
| SURVEY/PREMIUM | . | . | $0.00 | $11.80 |
| VACCINE AWARD | . | . | $0.00 | $100.00 |
| NIGHT SHIFT | . | 4.50 | $0.68 | $9.19 |
| VAC PAY | . | . | $0.00 | $2,644.43 |
| HOLIDAYPAY | . | . | $0.00 | $755.54 |
| PERSN'LDAY | . | . | $0.00 | $755.56 |
| SICK TIME | . | . | $0.00 | $3,912.68 |
| OPT-OUT MED | . | . | $0.00 | $4,000.00 |
| UNIFORMALLOW | . | . | $0.00 | $405.00 |
| MEAL ALLOW | . | . | $12.75 | $170.00 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $114.52 | $3,003.95 |
| FICA/MED | $101.57 | $2,831.14 |
| SUI TAX | $0.82 | $22.84 |
| PENNA | $42.06 | $1,168.65 |
| PHILA | $53.04 | $1,322.18 |
| AFLAC-PRETAX | $42.33 | $1,058.25 |
| ROTH 457B POST | $25.00 | $625.00 |
| PENSIONSHORTGE | $25.00 | $350.00 |
| DUES SHORTAGE | $0.00 | $73.85 |
| UNION DUES | $10.89 | $370.26 |
| CO-PAY PENSION | $50.00 | $1,700.00 |
| LIFE INSUR. | $0.00 | $8.00 |
| PRIMARY CHECK | $917.62 | $19,947.42 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,382.85 | - | $312.01 | - | $153.22 | = | $917.62 | | 129760578 | $917.62 |
| Y TO D | $1,382.85 | - | $8,348.76 | - | $4,185.36 | = | $26,107.48 | 08-21-2021 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PNC BANK

XXXXXXXXXXXXXXXX

CHECK

$917.62

TO THE
ORDER
OF

AA 21 14        606
EDWARD L JENKINS
7923 BAYARD STREET
PHILADELPHIA PA    19150

L

14604
08-27-2021

SOUTHEASTERN PA TRANSP AUTH    EDWARD L JENKINS
AA21
14604

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | . | 40.00 | $944.44 | $20,588.78 |
| OVERTIME EARN | . | 8.00 | $283.34 | $6,516.40 |
| SURVEY/PREMIUM | . | . | $0.00 | $11.80 |
| VACCINE AWARD | . | . | $0.00 | $100.00 |
| NIGHT SHIFT | . | . | $0.00 | $9.19 |
| VAC PAY | . | . | $0.00 | $2,644.43 |
| HOLIDAYPAY | . | . | $0.00 | $755.54 |
| PERSN'LDAY | . | . | $0.00 | $755.56 |
| SICK TIME | . | . | $0.00 | $3,912.68 |
| OPT-OUT MED | . | . | $0.00 | $4,000.00 |
| UNIFORMALLOW | . | . | $0.00 | $405.00 |
| MEAL ALLOW | . | . | $8.50 | $178.50 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $100.44 | $3,104.39 |
| FICA/MED | $90.69 | $2,921.83 |
| SUI TAX | $0.74 | $23.58 |
| PENNA | $37.69 | $1,206.34 |
| PHILA | $47.53 | $1,369.71 |
| AFLAC-PRETAX | $42.33 | $1,100.58 |
| ROTH 457B POST | $25.00 | $650.00 |
| PENSIONSHORTGE | $0.00 | $350.00 |
| DUES SHORTAGE | $0.00 | $73.85 |
| UNION DUES | $10.89 | $381.15 |
| CO-PAY PENSION | $50.00 | $1,750.00 |
| LIFE INSUR. | $0.00 | $8.00 |
| PRIMARY CHECK | $830.97 | $20,778.39 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,236.28 | - | $277.09 | - | $128.22 | = | $830.97 | | 129767943 | $830.97 |
| Y TO D | $1,236.28 | - | $8,625.85 | - | $4,313.58 | = | $26,938.45 | 08-28-2021 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PNC BANK

XXXXXXXXXXXXXXXX

CHECK

$830.97

TO THE
ORDER
OF

AA 21 14        606
EDWARD L JENKINS
7923 BAYARD STREET
PHILADELPHIA PA    19150

L

14604
09-03-2021

SOUTHEASTERN PA TRANSP AUTH   EDWARD L JENKINS
AA21
14604

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | . | 40.00 | $944.44 | $21,533.22 |
| OVERTIME EARN | . | . | $0.00 | $6,516.40 |
| SURVEY/PREMIUM | . | . | $0.00 | $11.80 |
| VACCINE AWARD | . | . | $0.00 | $100.00 |
| NIGHT SHIFT | . | . | $0.00 | $9.19 |
| VAC PAY | . | . | $0.00 | $2,644.43 |
| HOLIDAYPAY | . | . | $0.00 | $755.54 |
| PERSN'LDAY | . | . | $0.00 | $755.56 |
| SICK TIME | . | . | $0.00 | $3,912.68 |
| OPT-OUT MED | . | . | $0.00 | $4,000.00 |
| UNIFORMALLOW | . | . | $0.00 | $405.00 |
| MEAL ALLOW | . | . | $0.00 | $178.50 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $66.44 | $3,170.83 |
| FICA/MED | $69.01 | $2,990.84 |
| SUI TAX | $0.57 | $24.15 |
| PENNA | $28.99 | $1,235.33 |
| PHILA | $36.56 | $1,406.27 |
| AFLAC-PRETAX | $42.33 | $1,142.91 |
| ROTH 457B POST | $25.00 | $675.00 |
| PENSIONSHORTGE | $0.00 | $350.00 |
| DUES SHORTAGE | $0.00 | $73.85 |
| UNION DUES | $10.89 | $392.04 |
| CO-PAY PENSION | $50.00 | $1,800.00 |
| LIFE INSUR. | $1.00 | $9.00 |
| PRIMARY CHECK | $613.65 | $21,392.04 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $944.44 | - | $201.57 | - | $129.22 | = | $613.65 | | 129775063 | $613.65 |
| Y TO D | $944.44 | - | $8,827.42 | - | $4,442.80 | = | $27,552.10 | 09-04-2021 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PNC BANK

XXXXXXXXXXXXXXXX

CHECK

$613.65

TO THE
ORDER
OF

AA 21 14      606
EDWARD L JENKINS
7923 BAYARD STREET
PHILADELPHIA PA    19150

L

14604
09-10-2021

SOUTHEASTERN PA TRANSP AUTH   EDWARD L JENKINS
AA21
14604

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | . | 40.00 | $944.44 | $22,477.66 |
| OVERTIME EARN | . | 8.00 | $283.33 | $6,799.73 |
| SURVEY/PREMIUM | . | . | $0.00 | $11.80 |
| VACCINE AWARD | . | . | $0.00 | $100.00 |
| NIGHT SHIFT | . | . | $0.00 | $9.19 |
| VAC PAY | . | . | $0.00 | $2,644.43 |
| HOLIDAYPAY | . | 8.00 | $188.89 | $944.43 |
| PERSN'LDAY | . | . | $0.00 | $755.56 |
| SICK TIME | . | . | $0.00 | $3,912.68 |
| OPT-OUT MED | . | . | $0.00 | $4,000.00 |
| UNIFORMALLOW | . | . | $0.00 | $405.00 |
| MEAL ALLOW | . | . | $4.25 | $182.75 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $123.11 | $3,293.94 |
| FICA/MED | $105.13 | $3,095.97 |
| SUI TAX | $0.85 | $25.00 |
| PENNA | $43.49 | $1,278.82 |
| PHILA | $54.84 | $1,461.11 |
| AFLAC-PRETAX | $42.33 | $1,185.24 |
| ROTH 457B POST | $25.00 | $700.00 |
| PENSIONSHORTGE | $0.00 | $350.00 |
| DUES SHORTAGE | $0.00 | $73.85 |
| UNION DUES | $10.89 | $402.93 |
| CO-PAY PENSION | $50.00 | $1,850.00 |
| LIFE INSUR. | $0.00 | $9.00 |
| PRIMARY CHECK | $965.27 | $22,357.31 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,420.91 | - | $327.42 | - | $128.22 | = | $965.27 | | 129782383 | $965.27 |
| Y TO D | $1,420.91 | - | $9,154.84 | - | $4,571.02 | = | $28,517.37 | 09-11-2021 | | |

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PNC BANK

XXXXXXXXXXXXXXXXX

CHECK

$965.27

TO THE
ORDER
OF

AA 21 14      606
EDWARD L JENKINS
7923 BAYARD STREET
PHILADELPHIA PA    19150

L

14604
09-17-2021

SOUTHEASTERN PA TRANSP AUTH   EDWARD L JENKINS
AA21
14604

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | . | 40.00 | $944.44 | $23,422.10 |
| OVERTIME EARN | . | 8.00 | $283.33 | $7,083.06 |
| SURVEY/PREMIUM | . | . | $0.00 | $11.80 |
| VACCINE AWARD | . | . | $0.00 | $100.00 |
| NIGHT SHIFT | . | . | $0.00 | $9.19 |
| VAC PAY | . | . | $0.00 | $2,644.43 |
| HOLIDAYPAY | . | . | $0.00 | $944.43 |
| PERSN'LDAY | . | . | $0.00 | $755.56 |
| SICK TIME | . | . | $0.00 | $3,912.68 |
| OPT-OUT MED | . | . | $0.00 | $4,000.00 |
| UNIFORMALLOW | . | . | $0.00 | $405.00 |
| MEAL ALLOW | . | . | $4.25 | $187.00 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $100.44 | $3,394.38 |
| FICA/MED | $90.69 | $3,186.66 |
| SUI TAX | $0.74 | $25.74 |
| PENNA | $37.69 | $1,316.51 |
| PHILA | $47.53 | $1,508.64 |
| AFLAC-PRETAX | $42.33 | $1,227.57 |
| ROTH 457B POST | $25.00 | $725.00 |
| PENSIONSHORTGE | $0.00 | $350.00 |
| DUES SHORTAGE | $0.00 | $73.85 |
| UNION DUES | $10.89 | $413.82 |
| CO-PAY PENSION | $50.00 | $1,900.00 |
| LIFE INSUR. | $0.00 | $9.00 |
| PRIMARY CHECK | $826.71 | $23,184.02 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,232.02 | - | $277.09 | - | $128.22 | = | $826.71 | 09-18-2021 | 129789608 | $826.71 |
| Y TO D | $1,232.02 | - | $9,431.93 | - | $4,699.24 | = | $29,344.08 | | | |

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PNC BANK

XXXXXXXXXXXXXXXXX

CHECK

$826.71

TO THE
ORDER
OF

AA 21 14        606
EDWARD L JENKINS
7923 BAYARD STREET
PHILADELPHIA PA    19150

L

14604
09-24-2021

SOUTHEASTERN PA TRANSP AUTH   EDWARD L JENKINS
AA21
14604

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | . | 40.00 | $944.44 | $24,366.54 |
| OVERTIME EARN | . | 8.00 | $283.33 | $7,366.39 |
| SURVEY/PREMIUM | . | . | $0.00 | $11.80 |
| VACCINE AWARD | . | . | $0.00 | $100.00 |
| NIGHT SHIFT | . | . | $0.00 | $9.19 |
| VAC PAY | . | . | $0.00 | $2,644.43 |
| HOLIDAYPAY | . | . | $0.00 | $944.43 |
| PERSN'LDAY | . | . | $0.00 | $755.56 |
| SICK TIME | . | . | $0.00 | $3,912.68 |
| OPT-OUT MED | . | . | $0.00 | $4,000.00 |
| UNIFORMALLOW | . | . | $0.00 | $405.00 |
| MEAL ALLOW | . | . | $4.25 | $191.25 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $100.44 | $3,494.82 |
| FICA/MED | $90.69 | $3,277.35 |
| SUI TAX | $0.74 | $26.48 |
| PENNA | $37.69 | $1,354.20 |
| PHILA | $47.53 | $1,556.17 |
| AFLAC-PRETAX | $42.33 | $1,269.90 |
| ROTH 457B POST | $25.00 | $750.00 |
| PENSIONSHORTGE | $0.00 | $350.00 |
| DUES SHORTAGE | $0.00 | $73.85 |
| UNION DUES | $10.89 | $424.71 |
| CO-PAY PENSION | $50.00 | $1,950.00 |
| LIFE INSUR. | $0.00 | $9.00 |
| PRIMARY CHECK | $826.71 | $24,010.73 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,232.02 | - | $277.09 | - | $128.22 | = | $826.71 | | 129796970 | $826.71 |
| Y TO D | $1,232.02 | - | $9,709.02 | - | $4,827.46 | = | $30,170.79 | 09-25-2021 | | |

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PNC BANK

XXXXXXXXXXXXXXXXX

CHECK

$826.71

TO THE
ORDER
OF

AA 21 14        606
EDWARD L JENKINS
7923 BAYARD STREET
PHILADELPHIA PA    19150

L

14604
10-01-2021

SOUTHEASTERN PA TRANSP AUTH   EDWARD L JENKINS
AA21
14604

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $66.44 | $3,561.26 |
| FICA/MED | $69.01 | $3,346.36 |
| SUI TAX | $0.57 | $27.05 |
| PENNA | $28.99 | $1,383.19 |
| PHILA | $36.56 | $1,592.73 |
| AFLAC-PRETAX | $42.33 | $1,312.23 |
| ROTH 457B POST | $25.00 | $775.00 |
| PENSIONSHORTGE | $0.00 | $350.00 |
| DUES SHORTAGE | $0.00 | $73.85 |
| UNION DUES | $10.89 | $435.60 |
| CO-PAY PENSION | $50.00 | $2,000.00 |
| LIFE INSUR. | $1.00 | $10.00 |
| PRIMARY CHECK | $613.65 | $24,624.38 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | . | 40.00 | $944.44 | $25,310.98 |
| OVERTIME EARN | . | . | $0.00 | $7,366.39 |
| SURVEY/PREMIUM | . | . | $0.00 | $11.80 |
| VACCINE AWARD | . | . | $0.00 | $100.00 |
| NIGHT SHIFT | . | . | $0.00 | $9.19 |
| VAC PAY | . | . | $0.00 | $2,644.43 |
| HOLIDAYPAY | . | . | $0.00 | $944.43 |
| PERSN'LDAY | . | . | $0.00 | $755.56 |
| SICK TIME | . | . | $0.00 | $3,912.68 |
| OPT-OUT MED | . | . | $0.00 | $4,000.00 |
| UNIFORMALLOW | . | . | $0.00 | $405.00 |
| MEAL ALLOW | . | . | $0.00 | $191.25 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $944.44 | - | $201.57 | - | $129.22 | = | $613.65 | | 129804186 | $613.65 |
| Y TO D | $944.44 | - | $9,910.59 | - | $4,956.68 | = | $30,784.44 | 10-02-2021 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PNC BANK

XXXXXXXXXXXXXXXXX

CHECK

$613.65

TO THE
ORDER
OF

AA 21 14      606
EDWARD L JENKINS
7923 BAYARD STREET
PHILADELPHIA PA    19150

L

14604
10-08-2021

SOUTHEASTERN PA TRANSP AUTH   EDWARD L JENKINS
AA21
14604

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | . | 40.00 | $944.44 | $26,255.42 |
| OVERTIME EARN | . | 12.00 | $425.00 | $7,791.39 |
| SURVEY/PREMIUM | . | . | $0.00 | $11.80 |
| VACCINE AWARD | . | . | $0.00 | $100.00 |
| NIGHT SHIFT | . | . | $0.00 | $9.19 |
| VAC PAY | . | . | $0.00 | $2,644.43 |
| HOLIDAYPAY | . | . | $0.00 | $944.43 |
| PERSN'LDAY | . | . | $0.00 | $755.56 |
| SICK TIME | . | . | $0.00 | $3,912.68 |
| OPT-OUT MED | . | . | $0.00 | $4,000.00 |
| UNIFORMALLOW | . | . | $0.00 | $405.00 |
| MEAL ALLOW | . | . | $8.50 | $199.75 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $117.44 | $3,678.70 |
| FICA/MED | $101.52 | $3,447.88 |
| SUI TAX | $0.82 | $27.87 |
| PENNA | $42.04 | $1,425.23 |
| PHILA | $53.01 | $1,645.74 |
| AFLAC-PRETAX | $42.33 | $1,354.56 |
| ROTH 457B POST | $25.00 | $800.00 |
| PENSIONSHORTGE | $0.00 | $350.00 |
| DUES SHORTAGE | $0.00 | $73.85 |
| UNION DUES | $10.89 | $446.49 |
| CO-PAY PENSION | $50.00 | $2,050.00 |
| LIFE INSUR. | $0.00 | $10.00 |
| PRIMARY CHECK | $934.89 | $25,559.27 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,377.94 | - | $314.83 | - | $128.22 | = | $934.89 | | 129811644 | $934.89 |
| Y TO D | $1,377.94 | - | $10,225.42 | - | $5,084.90 | = | $31,719.33 | 10-09-2021 | | |

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PNC BANK

XXXXXXXXXXXXXXXXX

CHECK

$934.89

TO THE
ORDER
OF

AA 21 14        606
EDWARD L JENKINS
7923 BAYARD STREET
PHILADELPHIA PA    19150

L

14604
10-15-2021

SOUTHEASTERN PA TRANSP AUTH   EDWARD L JENKINS
AA21
14604

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 24 | $566.66 | $28,333.18 |
| OVERTIME EARN | 0 | 0 | $0.00 | $8,216.38 |
| SURVEY/PREMIUM | 0 | 0 | $0.00 | $11.80 |
| VACCINE AWARD | 0 | 0 | $0.00 | $100.00 |
| NIGHT SHIFT | 0 | 0 | $0.00 | $9.49 |
| VAC PAY | 0 | 0 | $0.00 | $2,644.43 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $944.43 |
| PERSN'LDAY | 0 | 0 | $0.00 | $755.56 |
| SICK TIME | 0 | 0 | $0.00 | $3,912.68 |
| OPT-OUT MED | 0 | 0 | $0.00 | $4,000.00 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |
| MEAL ALLOW | 0 | 0 | $0.00 | $208.25 |
| SICKTIME | 0 | 16 | $0.00 | $0.00 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $23.97 | $3,841.25 |
| FICA/MED | $40.11 | $3,629.65 |
| SUI TAX | $0.34 | $29.37 |
| PENNA | $17.40 | $1,502.07 |
| PHILA | $21.94 | $1,742.64 |
| AFLAC-PRETAX | $42.33 | $1,481.55 |
| ROTH 457B POST | $25.00 | $675.00 |
| PENSIONSHORTGE | $0.00 | $350.00 |
| DUES SHORTAGE | $0.00 | $73.85 |
| UNION DUES | $10.89 | $479.16 |
| CO-PAY PENSION | $50.00 | $2,200.00 |
| LIFE INSUR. | $0.00 | $10.00 |
| PRIMARY CHECK | $334.68 | $27,166.60 |



|  | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|------|----------|-------|------------|---------|------------|--------------|--------------|
| CURR | $566.66 | - $103.76 | - $128.22 | = $334.68 |  | 129833608 | $334.68 |
| Y TO D | $566.66 | - $10,744.98 | - $5,469.56 | = $33,326.66 | 10-30-2021 |  |  |

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PNC BANK

XXXXXXXXXXXXXXXXX

CHECK

$334.68

TO THE
ORDER
OF

AA 21 14    606    L    14604
EDWARD L JENKINS    11-05-2021
7923 BAYARD STREET
PHILADELPHIA PA    19150

SOUTHEASTERN PA TRANSP AUTH   EDWARD L JENKINS
AA21
14604

|  | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $83.48 | $3,924.73 |
| FICA/MED | $79.87 | $3,709.52 |
| SUI TAX | $0.65 | $30.02 |
| PENNA | $33.35 | $1,535.42 |
| PHILA | $42.06 | $1,784.70 |
| AFLAC-PRETAX | $42.33 | $1,523.88 |
| ROTH 457B POST | $25.00 | $900.00 |
| PENSIONSHORTGE | $0.00 | $350.00 |
| DUES SHORTAGE | $0.00 | $73.85 |
| UNION DUES | $10.89 | $490.05 |
| CO-PAY PENSION | $50.00 | $2,250.00 |
| LIFE INSUR. | $1.00 | $11.00 |
| PRIMARY CHECK | $722.02 | $27,888.62 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 40 | $944.44 | $29,277.62 |
| OVERTIME EARN | 0 | 4 | $141.66 | $8,358.04 |
| SURVEY/PREMIUM | 0 | 0 | $0.00 | $11.80 |
| VACCINE AWARD | 0 | 0 | $0.00 | $100.00 |
| NIGHT SHIFT | 0 | 2 | $0.30 | $9.79 |
| VAC PAY | 0 | 0 | $0.00 | $2,644.43 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $944.43 |
| PERSN'LDAY | 0 | 0 | $0.00 | $755.56 |
| SICK TIME | 0 | 0 | $0.00 | $3,912.68 |
| OPT-OUT MED | 0 | 0 | $0.00 | $4,000.00 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |
| MEAL ALLOW | 0 | 0 | $4.25 | $212.50 |

|  | EARNINGS |  | TAXES |  | DEDUCTIONS |  | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,090.65 | - | $239.41 | - | $129.22 | = | $722.02 |  | 129841050 | $722.02 |
| Y TO D | $1,090.65 | - | $10,984.39 | - | $5,598.78 | = | $34,048.68 | 11-06-2021 |  |  |

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PNC BANK

XXXXXXXXXXXXXXXXX

CHECK

$722.02

TO THE
ORDER
OF

AA 21 14      606
EDWARD L JENKINS
7923 BAYARD STREET
PHILADELPHIA PA    19150

L

14604
11-12-2021

SOUTHEASTERN PA TRANSP AUTH   EDWARD L JENKINS
AA21
14604

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 40 | $944.44 | $30,222.06 |
| OVERTIME EARN | 0 | 4 | $141.66 | $8,499.70 |
| SURVEY/PREMIUM | 0 | 0 | $0.00 | $11.80 |
| VACCINE AWARD | 0 | 0 | $0.00 | $100.00 |
| NIGHT SHIFT | 0 | 2 | $0.30 | $10.09 |
| VAC PAY | 0 | 0 | $0.00 | $2,644.43 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $944.43 |
| PERSN'LDAY | 0 | 0 | $0.00 | $755.56 |
| SICK TIME | 0 | 0 | $0.00 | $3,912.68 |
| OPT-OUT MED | 0 | 0 | $0.00 | $4,000.00 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |
| MEAL ALLOW | 0 | 0 | $4.25 | $216.75 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $83.48 | $4,008.21 |
| FICA/MED | $79.87 | $3,789.39 |
| SUI TAX | $0.65 | $30.67 |
| PENNA | $33.35 | $1,568.77 |
| PHILA | $42.06 | $1,826.76 |
| AFLAC-PRETAX | $42.33 | $1,566.21 |
| ROTH 457B POST | $25.00 | $925.00 |
| PENSIONSHORTGE | $0.00 | $350.00 |
| DUES SHORTAGE | $0.00 | $73.85 |
| UNION DUES | $10.89 | $500.94 |
| CO-PAY PENSION | $50.00 | $2,300.00 |
| LIFE INSUR. | $0.00 | $11.00 |
| PRIMARY CHECK | $723.02 | $28,611.64 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,090.65 | - | $239.41 | - | $128.22 | = | $723.02 | | 129848201 | $723.02 |
| Y TO D | $1,090.65 | - | $11,223.80 | - | $5,727.00 | = | $34,771.70 | 11-13-2021 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PNC BANK

XXXXXXXXXXXXXXXXX

CHECK

$723.02

TO THE
ORDER
OF

AA 21 14       606
EDWARD L JENKINS
7923 BAYARD STREET
PHILADELPHIA PA    19150

L

14604
11-19-2021

SOUTHEASTERN PA TRANSP AUTH   EDWARD L JENKINS
AA21
14604

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 40 | $944.44 | $31,166.50 |
| OVERTIME EARN | 0 | 8 | $283.32 | $8,783.02 |
| SURVEY/PREMIUM | 0 | 0 | $0.00 | $11.80 |
| VACCINE AWARD | 0 | 0 | $0.00 | $100.00 |
| NIGHT SHIFT | 0 | 3 | $0.45 | $10.54 |
| VAC PAY | 0 | 0 | $0.00 | $2,644.43 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $944.43 |
| PERSN'LDAY | 0 | 0 | $0.00 | $755.56 |
| SICK TIME | 0 | 0 | $0.00 | $3,912.68 |
| OPT-OUT MED | 0 | 0 | $0.00 | $4,000.00 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |
| MEAL ALLOW | 0 | 0 | $8.50 | $225.25 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $100.49 | $4,108.70 |
| FICA/MED | $90.73 | $3,880.12 |
| SUI TAX | $0.74 | $31.41 |
| PENNA | $37.71 | $1,606.48 |
| PHILA | $47.55 | $1,874.31 |
| AFLAC-PRETAX | $42.33 | $1,608.54 |
| ROTH 457B POST | $25.00 | $950.00 |
| PENSIONSHORTGE | $0.00 | $350.00 |
| DUES SHORTAGE | $0.00 | $73.85 |
| UNION DUES | $10.89 | $511.83 |
| CO-PAY PENSION | $50.00 | $2,350.00 |
| LIFE INSUR. | $0.00 | $11.00 |
| PRIMARY CHECK | $831.27 | $29,442.91 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,236.71 | - | $277.22 | - | $128.22 | = | $831.27 | | 129855655 | $831.27 |
| Y TO D | $1,236.71 | - | $11,501.02 | - | $5,855.22 | = | $35,602.97 | 11-20-2021 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PNC BANK

CHECK

XXXXXXXXXXXXXXXX

$831.27

TO THE
ORDER
OF

AA 21 14      606
EDWARD L JENKINS
7923 BAYARD STREET
PHILADELPHIA PA    19150

L

14604
11-26-2021

SOUTHEASTERN PA TRANSP AUTH   EDWARD L JENKINS
AA21
14604

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 40 | $944.44 | $32,488.72 |
| OVERTIME EARN | 0 | 8 | $283.32 | $9,208.00 |
| PANDEMIC BONUS | 0 | 0 | $0.00 | $1,012.00 |
| SURVEY/PREMIUM | 0 | 0 | $0.00 | $11.80 |
| VACCINE AWARD | 0 | 0 | $0.00 | $100.00 |
| NIGHT SHIFT | 0 | 5 | $0.75 | $11.52 |
| VAC PAY | 0 | 0 | $0.00 | $2,644.43 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $1,133.31 |
| PERSN'LDAY | 0 | 0 | $0.00 | $755.56 |
| SICK TIME | 0 | 0 | $0.00 | $3,912.68 |
| OPT-OUT MED | 0 | 0 | $0.00 | $4,000.00 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |
| MEAL ALLOW | 0 | 0 | $8.50 | $238.00 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $100.53 | $4,333.02 |
| FICA/MED | $90.74 | $4,099.24 |
| SUI TAX | $0.74 | $33.19 |
| PENNA | $37.72 | $1,697.02 |
| PHILA | $47.56 | $1,988.48 |
| AFLAC-PRETAX | $42.33 | $1,693.20 |
| ROTH 457B POST | $25.00 | $1,000.00 |
| PENSIONSHORTGE | $0.00 | $350.00 |
| DUES SHORTAGE | $0.00 | $73.85 |
| UNION DUES | $10.89 | $533.61 |
| CO-PAY PENSION | $50.00 | $2,450.00 |
| LIFE INSUR. | $1.00 | $12.00 |
| PRIMARY CHECK | $830.50 | $30,719.26 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,237.01 | - | $277.29 | - | $129.22 | = | $830.50 | | 129870248 | $830.50 |
| Y TO D | $1,237.01 | - | $12,150.95 | - | $6,112.66 | = | $37,657.41 | 12-04-2021 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PNC BANK

XXXXXXXXXXXXXXXXX

CHECK

$830.50

TO THE
ORDER
OF

AA 21 14      606
EDWARD L JENKINS
7923 BAYARD STREET
PHILADELPHIA PA    19150

L

14604
12-10-2021