# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                      Chapter 13

       LAVONIA  JENKINS                          Bankruptcy No. 21-12494-ELF

       7923 BAYARD ST.

       PHILADELPHIA, PA 19150


          Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
     LAVONIA  JENKINS

     7923 BAYARD ST.

     PHILADELPHIA, PA 19150

**Counsel for debtor(s), by electronic notice only.**
     GEORGETTE MILLER, ESQ.
     MARGOLIS EDELSTEIN
     170 S. INDEPENDENCE MALL W, STE 400
     PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
     Office of the U.S. Trustee
     Eastern District of Pennsylvania
     833 Chestnut Street, Suite 500
     Philadelphia, PA  19107

Date: 12/21/2021                                                    /s/ Kenneth E. West

                            _____
                            Kenneth E. West, Esquire
                            Chapter 13 Standing Trustee