IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                          :
                                               :     Chapter 13
        Lavonia Jenkins                        :
                                               :     Bankruptcy No. 21-12494 (elf)
                        Debtor.                :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the following document filed by the City of Philadelphia:

Objection to Confirmation of Plan, filed on November 17, 2021 [Docket No. 29].

                Respectfully submitted,

                THE CITY OF PHILADELPHIA

Dated: March 28, 2022       By:   /s/ Pamela Elchert Thurmond
                PAMELA ELCHERT THURMOND
                Senior Attorney
                PA Attorney I.D. 202054
                City of Philadelphia Law Department
                Tax & Revenue Unit
                1401 JFK Blvd., 5th Floor
                Philadelphia, PA  19102-1595
                215-686-0508 (phone)
                215-686-0588 (facsimile)
                Email: Pamela.Thurmond@phila.gov