United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12494-elf |
| Lavonia Jenkins | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 11, 2022 | Form ID: 155 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lavonia Jenkins, 7923 Bayard St., Philadelphia, PA 19150-1305 |
| 14638060 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14635494 | + | PGW, 800 W. Montgomery Ave, Philadelphia, PA 19122-2806 |
| 14635493 | + | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 14638280 | + | Pennsylvania Housing Finance Agency, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14635496 | + | Sierra Auto, 5005 Lbj Fwy, Dallas, TX 75244-6100 |
| 14643103 | + | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 790234, St. Louis MO 63179-0234 |
| 14635497 | + | United Auto, 3990 Westerley Place, Newport Beach, CA 92660-2310 |
| 14635499 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14647198 | | Email/Text: bnc@atlasacq.com | May 12 2022 00:09:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14649293 | | Email/Text: megan.harper@phila.gov | May 12 2022 00:09:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14646366 | | Email/Text: bankruptcy@consumerportfolio.com | May 12 2022 00:09:00 | Consumer Portfolio Services, P.O. Box 57071, Irvine, CA 92619-7071 |
| 14635487 | + | Email/Text: bankruptcy@consumerportfolio.com | May 12 2022 00:09:00 | Consumer Portfolio Svc, 19500 Jamboree Rd, Irvine, CA 92612-2437 |
| 14635488 | + | Email/Text: bncnotifications@pheaa.org | May 12 2022 00:09:00 | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14635489 | + | Email/Text: Harris@ebn.phinsolutions.com | May 12 2022 00:09:00 | Harris & Harris Ltd, 111 West Jackson Boulevard, Chicago, IL 60604-4135 |
| 14635490 | + | Email/Text: cnorton@hillcrestdavidson.com | May 12 2022 00:09:00 | Hillcrest Davidson & A, 715 N Glenville Dr Ste 4, Richardson, TX 75081-2879 |
| 14639841 | | Email/PDF: resurgentbknotifications@resurgent.com | May 12 2022 00:15:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14639572 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 12 2022 00:15:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14635492 | + | Email/Text: bankruptcygroup@peco-energy.com | May 12 2022 00:09:00 | PECO, PO BOX 37629, Philadelphia, PA 19101-0629 |
| 14642060 | + | Email/Text: bankruptcygroup@peco-energy.com | May 12 2022 00:09:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14650952 | + | Email/Text: blegal@phfa.org | May 12 2022 00:09:00 | PHFA, 211 North Front Street, Harrisburg, PA |

Case 21-12494-elf  Doc 58  Filed 05/13/22  Entered 05/14/22 00:28:49  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 11, 2022 | Form ID: 155 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 17101-1466 |
| 14635491 | + | Email/Text: blegal@phfa.org | May 12 2022 00:09:00 | Pa Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14643157 | + | Email/Text: joey@rmscollect.com | May 12 2022 00:09:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14635495 | + | Email/Text: joey@rmscollect.com | May 12 2022 00:09:00 | Rec Mgm Sys, 1807 Huguenot Road, Midlothian, VA 23113-5604 |
| 14642861 | | Email/Text: bncnotifications@pheaa.org | May 12 2022 00:09:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14636981 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | May 12 2022 00:09:00 | United Auto Credit Corporation, PO Box 163049, Fort Worth, TX 76161-3049 |
| 14637133 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | May 12 2022 00:09:00 | United Auto Credit Corporation, PO Box 845736, Los Angeles CA 90084-5736 |
| 14635498 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 12 2022 00:08:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14635500 | + | Email/Text: megan.harper@phila.gov | May 12 2022 00:09:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14650881 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 13, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GEORGETTE MILLER | on behalf of Debtor Lavonia Jenkins Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 11, 2022 | Form ID: 155 | Total Noticed: 29 |

    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Lavonia Jenkins
    Debtor(s)

Chapter: 13

Bankruptcy No: 21−12494−elf

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this May 10, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Eric L. Frank
Judge ,
United States Bankruptcy Court

55 − 15
Form 155