**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                              Chapter 13

                              Bankruptcy No. 21-12494-mdc

LAVONIA JENKINS

7923 BAYARD ST.

PHILADELPHIA, PA 19150

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

LAVONIA JENKINS

7923 BAYARD ST.

PHILADELPHIA, PA 19150

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER, ESQ.
    DILWORTH PAXSON LLP
    1500 MARKET ST., STE 3500 E.
    PHILADELPHIA, PA 19102-

                                              /S/ Kenneth E. West

Date: 8/10/2023                                _____

                                              Kenneth E. West, Esquire
                                             Chapter 13 Standing Trustee