**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Lavonia Jenkins** | : | **Chapter 13** |
| | : | |
| | : | |
| **Debtor(s).** | : | **Bankruptcy No. 21-12494** |

### O R D E R

**AND NOW, this _____ day of _____, 2023,** upon consideration of the Debtor Motion to Modify Plan Post-Confirmation, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor Amended Chapter 13 Plan is **APPROVED**.

_____
**United States Bankruptcy Judge**