## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Lavonia Jenkins          :
                                                        :    BK. No. 21-12494
           Debtor                :    Chapter No. 13
                                                      :

## CERTIFICATION OF NO RESPONSE

I, the undersigned, certify that, having served or caused to be served, a copy of the Motion to Modify Plan filed on October 5, 2023, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date.

I respectfully request that the Court enter the attached Order.

/s/ Michelle Lee
Michelle Lee, Esq.
Dilworth Paxson LLP
1500 Market Street, Ste. 3500E
Philadelphia, PA 19102