**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Lavonia Jenkins | : | Chapter 13 |
| | : | |
| | : | |
| Debtor(s). | : | Bankruptcy No. 21-12494 |

# O R D E R

**AND NOW, this** 3rd **day of** November **, 2023,** upon consideration of the Debtor Motion to Modify Plan Post-Confirmation, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor Amended Chapter 13 Plan is **APPROVED**.

_____
MAGDELINE D. COLEMAN
Chief Bankruptcy Judge