United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 21-12494-mdc

Lavonia Jenkins  Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 2
Date Rcvd: Nov 03, 2023   Form ID: pdf900   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2023:**

**Recip ID**  **Recipient Name and Address**
db  + Lavonia Jenkins, 7923 Bayard St., Philadelphia, PA 19150-1305

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2023 at the address(es) listed below:**

**Name**  **Email Address**

BRIAN CRAIG NICHOLAS
  on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

GEORGETTE MILLER
  on behalf of Creditor LVNV Funding LLC bky@dilworthlaw.com  miller.georgetter93726@notify.bestcase.com

GEORGETTE MILLER
  on behalf of Creditor Jefferson Capital Systems LLC bky@dilworthlaw.com  miller.georgetter93726@notify.bestcase.com

GEORGETTE MILLER
  on behalf of Trustee WILLIAM C. MILLER Esq. bky@dilworthlaw.com, miller.georgetter93726@notify.bestcase.com

GEORGETTE MILLER
  on behalf of U.S. Trustee United States Trustee bky@dilworthlaw.com  miller.georgetter93726@notify.bestcase.com

GEORGETTE MILLER

District/off: 0313-2  User: admin  Page 2 of 2
Date Rcvd: Nov 03, 2023  Form ID: pdf900  Total Noticed: 1

        on behalf of Creditor Merrick Bank bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com

GEORGETTE MILLER
        on behalf of Debtor Lavonia Jenkins bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com

GEORGETTE MILLER
        on behalf of Creditor CITY OF PHILADELPHIA bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com

GEORGETTE MILLER
        on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bky@dilworthlaw.com
        miller.georgetter93726@notify.bestcase.com

KENNETH E. WEST
        on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
        ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
        on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
        dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

PAMELA ELCHERT THURMOND
        on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Lavonia Jenkins | : | Chapter 13 |
| | : | |
| | : | |
| Debtor(s). | : | Bankruptcy No. 21-12494 |

**O R D E R**

AND NOW, this  3rd  day of  November , 2023, upon consideration of the Debtor Motion to Modify Plan Post-Confirmation, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor Amended Chapter 13 Plan is **APPROVED**.

_____
MAGDELINE D. COLEMAN
Chief Bankruptcy Judge