United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12494-mdc |
| Lavonia Jenkins | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 28, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lavonia Jenkins, 7923 Bayard St., Philadelphia, PA 19150-1305 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2023          Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| GEORGETTE MILLER | on behalf of Creditor LVNV Funding LLC bky@dilworthlaw.com  miller.georgetter93726@notify.bestcase.com |
| GEORGETTE MILLER | on behalf of Creditor Jefferson Capital Systems LLC bky@dilworthlaw.com  miller.georgetter93726@notify.bestcase.com |
| GEORGETTE MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. bky@dilworthlaw.com, miller.georgetter93726@notify.bestcase.com |
| GEORGETTE MILLER | on behalf of U.S. Trustee United States Trustee bky@dilworthlaw.com  miller.georgetter93726@notify.bestcase.com |
| GEORGETTE MILLER | |

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Dec 28, 2023     Form ID: pdf900     Total Noticed: 1

on behalf of Creditor Merrick Bank bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com

GEORGETTE MILLER
on behalf of Debtor Lavonia Jenkins bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com

GEORGETTE MILLER
on behalf of Creditor CITY OF PHILADELPHIA bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com

GEORGETTE MILLER
on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Lavonia Jenkins                    :
                                           :    Chapter 13
                                           :
                                           :    Case No. 21-12494
                                           :
              Debtor(s).                   :

## ORDER TO ALLOW COUNSEL FEES

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $ 5875.00 and $945.00 in expenses.

3. The Chapter 13 trustee is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation and expenses set forth in paragraph 2 less $ 800.00  which was paid by Debtor's prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

Dated: December 21, 2023

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE