United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12494-mdc |
| Lavonia Jenkins | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 12, 2024 | Form ID: pdf900 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lavonia Jenkins, 7923 Bayard St., Philadelphia, PA 19150-1305 |
| 14635488 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14635493 | + | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 14638280 | + | Pennsylvania Housing Finance Agency, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14635496 | + | Sierra Auto, 5005 Lbj Fwy, Dallas, TX 75244-6100 |
| 14642861 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14643103 | + | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 790234, St. Louis MO 63179-0234 |
| 14824028 | | US Dept. of Education, PO BOX 790322, St. Louis MO 63179-0322 |
| 14756264 | + | US Dept. of Education, PO BOX 4830, Portland OR 97208-4830 |
| 14635497 | + | United Auto, 3990 Westerley Place, Newport Beach, CA 92660-2310 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Apr 13 2024 00:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 13 2024 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: megan.harper@phila.gov | Apr 13 2024 00:12:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Apr 13 2024 00:19:05 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| cr | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 13 2024 00:18:53 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14647198 | Email/Text: bnc@atlasacq.com | Apr 13 2024 00:12:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14649293 | Email/Text: megan.harper@phila.gov | Apr 13 2024 00:12:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14646366 | Email/Text: bankruptcy@consumerportfolio.com | Apr 13 2024 00:12:00 | Consumer Portfolio Services, P.O. Box 57071, Irvine, CA 92619-7071 |
| 14635487 | + Email/Text: bankruptcy@consumerportfolio.com | Apr 13 2024 00:12:00 | Consumer Portfolio Svc, 19500 Jamboree Rd, Irvine, CA 92612-2437 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14635489 | + | Email/Text: Harris@ebn.phinsolutions.com | Apr 13 2024 00:12:00 | Harris & Harris Ltd, 111 West Jackson Boulevard, Chicago, IL 60604-4135 |
| 14635490 | + | Email/Text: ahamilton@hillcrestdavidson.com | Apr 13 2024 00:12:00 | Hillcrest Davidson & A, 715 N Glenville Dr Ste 4, Richardson, TX 75081-2898 |
| 14754224 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 13 2024 00:12:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14639841 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 13 2024 00:18:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14639572 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 13 2024 00:18:53 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14635492 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 13 2024 00:12:00 | PECO, PO BOX 37629, Philadelphia, PA 19101-0629 |
| 14642060 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 13 2024 00:12:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14638060 | ^ | MEBN | Apr 13 2024 00:09:41 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14635494 | ^ | MEBN | Apr 13 2024 00:09:49 | PGW, 800 W. Montgomery Ave, Philadelphia, PA 19122-2806 |
| 14650952 | + | Email/Text: blegal@phfa.org | Apr 13 2024 00:12:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14635491 | + | Email/Text: blegal@phfa.org | Apr 13 2024 00:12:00 | Pa Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14643157 | + | Email/Text: joey@rmscollect.com | Apr 13 2024 00:12:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14635495 | + | Email/Text: joey@rmscollect.com | Apr 13 2024 00:12:00 | Rec Mgm Sys, 1807 Huguenot Road, Midlothian, VA 23113-5604 |
| 14755784 | + | Email/Text: EBN@edfinancial.com | Apr 13 2024 00:12:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14636981 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Apr 13 2024 00:12:00 | United Auto Credit Corporation, PO Box 163049, Fort Worth, TX 76161-3049 |
| 14637133 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Apr 13 2024 00:12:00 | United Auto Credit Corporation, PO Box 845736, Los Angeles CA 90084-5736 |
| 14635498 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 13 2024 00:12:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14635499 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 13 2024 00:12:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 14635500 | + | Email/Text: megan.harper@phila.gov | Apr 13 2024 00:12:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 14650881 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Apr 12, 2024 Form ID: pdf900 Total Noticed: 38

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2024 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MICHELLE LEE | on behalf of Trustee WILLIAM C. MILLER Esq. bky@dilworthlaw.com |
| MICHELLE LEE | on behalf of Creditor Merrick Bank bky@dilworthlaw.com |
| MICHELLE LEE | on behalf of U.S. Trustee United States Trustee bky@dilworthlaw.com |
| MICHELLE LEE | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bky@dilworthlaw.com |
| MICHELLE LEE | on behalf of Creditor Jefferson Capital Systems LLC bky@dilworthlaw.com |
| MICHELLE LEE | on behalf of Creditor LVNV Funding LLC bky@dilworthlaw.com |
| MICHELLE LEE | on behalf of Debtor Lavonia Jenkins bky@dilworthlaw.com |
| MICHELLE LEE | on behalf of Creditor CITY OF PHILADELPHIA bky@dilworthlaw.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 14

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Lavonia Jenkins | : | CHAPTER 13 |
| | : | |
| DEBTOR(S). | : | CASE NO.: 21-12494 |
| | : | |
| | : | |

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth West, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such

service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

       7.      If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. '1326(a)(2).

Date: April 12, 2024

*[signature: Magdeline D. Coleman]*

UNITED STATES BANKRUPTCY JUDGE